**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANNA ADAMS,

                          Plaintiff,

      -against-                          18 **CIVIL** 2630 (NSR)

## JUDGMENT

C.O. M. GEORGE, an employee of the N.Y.S.
Dept. of Corrections, and Community
Supervision, in his individual capacity,

                         Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 8, 2020, Defendant's motion to dismiss pursuant to Rule 12(b)(6), and alternatively pursuant to Rule 56, is GRANTED without opposition; accordingly, this case is closed.

**Dated:**  New York, New York

       September 9, 2020

                                                            **RUBY J. KRAJICK**

                                                            Clerk of Court

                             **BY:**    *K. Mango*

                                                            **Deputy Clerk**